07-4940 (FSH)

(JCx), AO120, CLOSED, DISCOVERY, MANADR, TRANSFERRED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
(Western Division - Los Angeles)
CIVIL DOCKET FOR CASE #: 2:07-cv-04249-PA-JC

Papst Licensing GmbH & Co. KG v. Samsung Techwin Co et al
Assigned to: Judge Percy Anderson
Referred to: Magistrate Judge Jacqueline Chooljian
Cause: 35:145 Patent Infringement

Date Filed: 06/28/2007
Date Terminated: 10/10/2007
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Papst Licensing GmbH & Co. KG**      represented by   **Douglas C Emhoff**
Venable
2049 Century Park East, Suite 2100
Los Angeles, CA 90067
310-229-9900
Email: demhoff@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey M Tanzer**
Venable
2049 Century Park East, 21st Floor
Los Angeles, CA 90067
310-229-9900
Email: jtanzer@venable.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerold B Schnayer**
Welsh & Katz
120 S Riverside Plz, 22nd Fl
Chicago, IL 60606
312-655-1500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John L Ambrogi**
Welsh & Katz
120 South Riverside Plaza, 22nd Fl
Chicago, IL 60022
312-655-1500
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

I hereby attest and certify on 10/10/07 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
By _____ Deputy

0101

V.

**Defendant**

**Samsung Techwin Co**     represented by **David J Moorhead**
Drinker Biddle Gardner Carton
191 North Wacker Drive, Suite 3700
Chicago, IL 60606
312-569-1483
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J Kelleher**
Drinker Biddle Gardner Carton
191 North Wacker Drive, Suite 3700
Chicago, IL 60606
312-569-1375
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Will S Skinner**
Drinker Biddle & Reath
333 S Grand Ave, Ste 1700
Los Angeles, CA 90071
213-253-2300
Email: will.skinner@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Opto-Electronics America Inc**     represented by **David J Moorhead**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick J Kelleher**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Will S Skinner**
Drinker Biddle & Reath
Wells Fargo Ctr-North Twr
333 S Grand Ave, Ste 1700
Los Angeles, CA 90071
213-253-2300
Email: will.skinner@dbr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/28/2007 | 1 | COMPLAINT against defendants Samsung Techwin Co, Samsung Opto-Electronics America Inc.(Filing fee $ 350 Paid) Jury Demanded., filed by plaintiff Papst Licensing GmbH & Co. KG.(rrey) (Entered: 07/03/2007) |
| 06/28/2007 |  | 20 Day Summons Issued re Complaint - (Discovery)[1] as to Samsung Techwin Co, Samsung Opto-Electronics America Inc. (rrey) (Entered: 07/03/2007) |
| 06/28/2007 | 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiff Papst Licensing GmbH & Co. KG. (rrey) (Entered: 07/03/2007) |
| 06/28/2007 | 3 | NOTICE TO PARTIES OF ADR PILOT PROGRAM filed.(rrey) (Entered: 07/03/2007) |
| 06/28/2007 |  | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark. (cc: Patent/Trademark Office) (Opening) (rrey) (Entered: 07/03/2007) |
| 06/28/2007 |  | FAX number for Attorney Douglas C Emhoff, Jeffrey M Tanzer is 310-229-9901. (rrey) (Entered: 07/03/2007) |
| 07/02/2007 | 4 | STANDING ORDER which controls case and differs in some respects from local rules by Judge Percy Anderson (lc) (Entered: 07/05/2007) |
| 07/02/2007 | 5 | APPLICATION of Jerold B Schnayer for Leave to Appear Pro Hac Vice designating Doug C Emhoff as local counsel. FEE PAID. filed by plaintiff Papst Licensing GmbH & Co. KG. Lodged order. (lc) (Entered: 07/06/2007) |
| 07/02/2007 | 6 | APPLICATION of John L Ambrogi for Leave to Appear Pro Hac Vice and designating Doug C Emhoff as local counsel. FEE PAID. filed by plaintiff Papst Licensing GmbH & Co. KG. Lodged order. (lc) (Entered: 07/06/2007) |
| 07/09/2007 | 7 | ORDER by Judge Percy Anderson, re APPLICATION of John L Ambrogi for Leave to Appear Pro Hac Vice. FEE PAID.[6] is granted. (yc) (Entered: 07/12/2007) |
| 07/09/2007 | 8 | ORDER by Judge Percy Anderson, re APPLICATION of Jerold B Schnayer for Leave to Appear Pro Hac Vice. FEE PAID.[5] is granted. (yc) (Entered: 07/12/2007) |
| 07/10/2007 | 10 | NOTICE of pendency of other actions filed by plaintiff Papst Licensing GmbH & Co. KG. (ca) (Entered: 07/23/2007) |
| 07/13/2007 |  | Alias Summons Issued re Complaint - (Discovery)[1] as to Samsung Techwin Co, Samsung Opto-Electronics America Inc. (lc) Modified on 7/16/2007 (lc, ). (Entered: 07/16/2007) |
| 07/13/2007 | 9 | PROOF OF SERVICE Executed by plaintiff Papst Licensing GmbH & Co. KG, upon Samsung Opto-Electronics America Inc served on 7/2/2007, answer due 7/22/2007. The Summons and Complaint were served by personal service, by FRCP statute, upon Rhonda McCarty, |

| | | |
|---|---|---|
| | | process specialist, CSC-Lawyers Incorporting Service, registered agent. Original Summons not returned. (lc) (Entered: 07/16/2007) |
| 07/23/2007 | 11 | APPLICATION of Patrick J. Kelleher for Leave to Appear Pro Hac Vice. FEE PAID. filed by defendant Samsung Opto-Electronics America Inc. Lodged proposed order. (bp) (Entered: 07/26/2007) |
| 07/23/2007 | 15 | NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION to Stay Case filed by defendant Samsung Opto-Electronics America Inc. Memorandum of Points and Authorities. Motion set for hearing on 8/20/2007 at 01:30 PM before Judge Percy Anderson. Lodged Proposed Order. (ad) (Entered: 08/08/2007) |
| 07/25/2007 | 12 | ORDER granting APPLICATION of Patrick J. Kelleher for Leave to Appear Pro Hac Vice on behalf of defendant Samsung Opto-Electronics America Inc[11] by Judge Percy Anderson (lc) (Entered: 07/26/2007) |
| 07/25/2007 | | FAX number for Attorney Will S Skinner is 213-253-2301. (lc) (Entered: 07/26/2007) |
| 08/02/2007 | 13 | MINUTES OF IN CHAMBERS ORDER held before Judge Percy Anderson : Court on own motion orders plaintiff to Show Cause in writing on or before 8/13/07 why action should not be dismissed for lack of prosecution; matter is appropriate for submission without oral argument and will stand submitted upon filing of plaintiffs response.(lc) (Entered: 08/03/2007) |
| 08/06/2007 | 14 | MINUTES OF IN CHAMBERS ORDER held before Judge Percy Anderson: re: Minutes of In Chambers Order to Show Cause, 13. The order to show cause dated August 2, 2007 is hereby discharged.(shb) (Entered: 08/07/2007) |
| 08/06/2007 | 16 | RESPONSE to Order to Show Cause13 re: lack of prosecution; Declaration of Jeffrey M. Tanzer; filed by plaintiff Papst Licensing GmbH & Co. KG (ear) (Entered: 08/17/2007) |
| 08/06/2007 | 18 | STATEMENT of of NonOpposition to Deft's "Unopposed Motion to Stay Case". re: MOTION to Stay Case pending Resolution of the Motion for Transfer of Action[15] filed by Plaintiff Papst Licensing GmbH & Co. KG. (tami) (Entered: 08/27/2007) |
| 08/20/2007 | 17 | MINUTES OF IN CHAMBERS ORDER held before Judge Percy Anderson : Court finds Samsung's MOTION to Stay Case pending Resolution of the Motion for Transfer of Action[15] appropriate for decision without oral argument; 8/20/07 hearing is vacated and taken off calendar. Court is not persuaded that an indefinite stay of action is appropriate or warranted; If it has not done so, defendant is ordered to file a response to complaint by 9/4/07; In order to permit the Court to monitor this action, this court orders defendant to file a status report regarding the JPMDL proceeding by 9/24/07. successive reports shall be filed every 30 days thereafter until further order of court. Except as otherwise ordered, this action is stayed until 10/1/07(lc) (Entered: 08/24/2007) |

| | | |
|---|---|---|
| 09/04/2007 | 19 | CERTIFICATE of Interested Parties filed by Defendants Samsung Opto-Electronics America, Inc. and Samsung Techwin Co. Ltd. (gk) (Entered: 09/06/2007) |
| 09/04/2007 | 20 | APPLICATION of Non-Resident Attorney Patrick J. Kelleher to appear on behalf of Defendant Samsung Techwin Co., Ltd., and designating local counsel Will S. Skinner. FEE PAID. Lodged Proposed Order. (gk) (Entered: 09/06/2007) |
| 09/04/2007 | | FAX number for Attorney Patrick J Kelleher is 312-569-3375. (gk) (Entered: 09/06/2007) |
| 09/04/2007 | 22 | NOTICE OF MOTION AND MOTION to Transfer (Transfer Case to THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA); MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF filed by DEFENDANTS Samsung Techwin Co, Samsung Opto-Electronics America Inc. Motion set for hearing on 10/1/2007 at 01:30 PM before Judge Percy Anderson. (sd) (Entered: 09/13/2007) |
| 09/04/2007 | 23 | DECLARATION of SEUNGJOO YANG IN SUPPORT OF SAMSUNG TECHWIN'S AND SAMSUNG OPT-ELECTRONICS AMERICA'S MOTION TO TRANSFER (to THE NITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA [22]) filed by Defendants Samsung Techwin Co, Samsung Opto-Electronics America Inc. (sd) (Entered: 09/13/2007) |
| 09/04/2007 | 24 | DECLARATION of PATRICK J. KELLEHER IN SUPPORT OF SAMSUNG TECHWIN'S AND SAMSUNG OPTO-ELECTRONICS AMERICA'S MOTION to Transfer (to THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA[22] ) filed by Defendants Samsung Techwin Co, Samsung Opto-Electronics America Inc. (sd) (Entered: 09/13/2007) |
| 09/10/2007 | 21 | ORDER by Judge Percy Anderson granting Application of Non-Resident Attorney Patrick J. Kelleher to appear on behalf of Defendant Samsung Techwin Co., Ltd. [20], and designating local counsel Will S. Skinner. (gk) (Entered: 09/11/2007) |
| 09/17/2007 | 25 | ANSWER to Complaint [1] filed by Defendants Samsung Techwin Co., Ltd. and Samsung Opto-Electronics America, Inc. (gk) (Entered: 09/18/2007) |
| 09/17/2007 | 26 | PLAINTIFF'S OPPOSITION to Motion to Transfer Case [22] filed by Plaintiff Papst Licensing GmbH & Co. KG. (kd) (Entered: 09/19/2007) |
| 09/20/2007 | 27 | APPLICATION of Non-Resident Attorney David J. Moorhead to appear on behalf of Defendants Samsung Techwin and Samsung Opto-Electronics, and designating local counsel Will S. Skinner. FEE PAID. Lodged Proposed Order. (gk) (Entered: 09/21/2007) |
| 09/20/2007 | | FAX number for Attorney David J Moorhead is 312-569-3483. (gk) (Entered: 09/21/2007) |

| | | |
|---|---|---|
| 09/21/2007 | 28 | ORDER granting [27]APPLICATION of Non-Resident Attorney David J. Moorhead to appear on behalf of Defendants Samsung Techwin and Samsung Opto-Electronics, and designating local counsel Will S. Skinner by Judge Percy Anderson (lc) (Entered: 09/24/2007) |
| 09/24/2007 | 29 | REPLY in support of MOTION to Transfer [22] filed by Defendants Samsung Techwin Co, Samsung Opto-Electronics America Inc. (ad) (Entered: 10/03/2007) |
| 09/24/2007 | 30 | 9/24/07 REPORT on the Status of the JPMDL filed by Defendants Samsung Techwin Co, Samsung Opto-Electronics America Inc. (ad) (Entered: 10/03/2007) |
| 10/03/2007 | 31 | ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY by Judge Percy Anderson: Before the Court is a Motion to Transfer filed by Defendants Samsung Techwin Company and Samsung Opto-Electronics America, Inc. [22]. Transfer of venue to the District of New Jersey is appropriate in this case. The Court therefore orders the Clerk to transfer the case to the United States District Court for the District of New Jersey. Original file, certified copy of the transfer order and docket sheet sent. (MD JS-6. Case Terminated.) (gk) (Entered: 10/10/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/10/2007 10:36:51 | | | |
| PACER Login: | us3877 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cv-04249-PA-JC |
| Billable Pages: | 4 | Cost: | 0.32 |